UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-290-MO |
| v. | INDICTMENT |
| ERIC DOUGLAS MCFERRIN, | 18 U.S.C. §§ 641<br>42 U.S.C. §§ 408(a)(5) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between on or about October 17, 2013, and continuing through on or about April 30, 2020, in the District of Oregon, defendant ERIC DOUGLAS MCFERRIN did knowingly and willfully steal and convert to his own use or the use of another, money of the United States Social Security Administration, a department and agency of the United States, to wit: by receiving Auxiliary Child Insurance Benefits funds intended for care of MV1 in an approximate amount of $101,472.00, based on fraudulent representations and concealments;

In violation of Title 18, United States Code, Sections 641.

## COUNT 2
### (Social Security Fraud)
### (42 U.S.C. § 408(a)(5))

Between on or about October 17, 2013, and continuing through on or about April 30, 2020, in the District of Oregon, defendant ERIC DOUGLAS MCFERRIN, having made application to receive payment under Title 42, Chapter 7, Subchapter II of the United States Code for the use and benefit of another and having received such payments, knowingly and willfully converted such payments, totaling approximately $101,472.00, to a use other than for the use and benefit of such other person, to wit: by receiving Auxiliary Child Insurance Benefits intended for care of MV1 as Representative Payee and converting the payments to his own use.

In violation of 42 U.S.C. § 408(a)(5).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, defendant ERIC DOULGAS MCFERRIN shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: August 16, 2022

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_/s/ Rachel K. Sowray_____
RACHEL K. SOWRAY, OSB #095159
Special Assistant United States Attorney